1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 10/19/06*

10

SAN JOSE DIVISION

11 DAVID FLETCHER, et al,

CASE NO.  C06 05492 RMW RS

12          Plaintiffs,

**STIPULATION AND [PROPOSED] ORDER RE: SCHEDULE FOR PRELIMINARY MOTIONS AND INITIAL CASE MANAGEMENT CONFERENCE**

13     vs.

14 TERRY SOLOMON, et al.,

15          Defendants.

16

17

18          WHEREAS, plaintiffs have filed a motion for remand, which has been noticed for

19 hearing on November 3, 2006;

20          WHEREAS, defendants Merrill Lynch, Pierce, Fenner & Smith Incorporated

21 ("Merrill Lynch") (erroneously sued as "Merrill Lynch & Co.") and Irene Ng ("Ng") have filed a

22 motion to dismiss the Complaint, which has been noticed for hearing on December 1, 2006;

23          WHEREAS the parties have met and conferred regarding briefing schedules for

24 these motions;

25          WHEREAS unforeseen circumstances have arisen that make the December 1,

26 2006 date currently set for the hearing on the motion to dismiss the Complaint mutually

27 inconvenient for the parties and for counsel;

28

1211608.1

STIPULATION AND [PROPOSED] ORDER RE: SCHEDULE FOR PRELIMINARY MOTIONS AND INITIAL CASE MANAGEMENT CONFERENCE– CASE NO. C06 05492 RMW RS

WHEREAS the Court has currently scheduled an Initial Case Management Conference for Friday, December 15, 2006 at 10:30 a.m.;

WHEREAS the parties desire to avoid efforts related to the Initial Case Management Conference that may be mooted by the motions the parties intend to file, and therefore wish to postpone the Initial Case Management Conference until such time as the Court decides the motions the parties intend to file,

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST THAT THE COURT APPROVE THE FOLLOWING SCHEDULE FOR PRELIMINARY MOTIONS AND THE INITIAL CASE MANAGEMENT CONFERENCE:

1. **Plaintiffs' Motion to Remand**

The hearing date shall be November 3, 2006. Defendants' opposition brief and plaintiffs' reply brief shall be filed in accordance with Civil Local Rule 7-3 (on or before October 13, 2006 and October 20, 2006 respectively).

2. **Defendants Merrill Lynch and Irene Ng's Motion to Dismiss**

The hearing date shall be moved from December 1, 2006 to December 15, 2006.

Plaintiffs' opposition brief shall be due on November 3, 2006.

Defendants' reply brief shall be due on December 1, 2006.

3. **Initial Case Management Conference**

The Initial Case Management Conference, originally scheduled for Friday, December 15, 2006 at 10:30 a.m., is continued ~~until 45 days after the Court rules on the motion to dismiss.~~ to February 23, 2007 @ 9:00 a.m.   (jg)

Case 5:06-cv-05492-RMW   Document 30   Filed 10/19/06   Page 3 of 3

| | | |
|---|---|---|
| 1 | DATED: September 25, 2006 | MUNGER, TOLLES & OLSON LLP |

By: _____/S/_____
BLANCA F. YOUNG

Attorneys for Defendant
MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED

DATED: September 25, 2006          COHEN & GRESSER LLP

By: _____/S/_____
GLORIA FLORES

Attorneys for Defendant
IRENE NG

DATED: September 25, 2006          BUSTAMANTE, O'HARA & GAGLIASSO

By: _____/S/_____
IGNACIO CAMARENA

Attorneys for Plaintiffs

## ORDER

GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.

Dated: 10/19/06

/s/ Ronald M. Whyte
HON. RICHARD M. WHYTE
UNITED STATES DISTRICT JUDGE

1211608.1                - 3 -                STIPULATION AND [PROPOSED] ORDER RE: SCHEDULE FOR PRELIMINARY MOTIONS AND INITIAL CASE MANAGEMENT CONFERENCE –